IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER PEREZ LOPEZ,

    Petitioner,                   No. CIV S-09-0666 EFB P

    vs.

JOHN W. HAVILAND, Warden,

    Respondent.               <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

      Petitioner challenges a conviction in the Stanislaus County Superior Court. Therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

////

////

////

1

1       3. All future filings shall bear the new case number and shall be filed at:

2           United States District Court
          Eastern District of California
3           2500 Tulare Street
          Fresno, CA 93721

5 DATED: March 19, 2009.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

2